NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONDIS TECHNOLOGY LTD.,**
*Plaintiff-Cross Appellant,*

v.

**HON HAI PRECISION INDUSTRY CO., LTD., ALSO KNOWN AS FOXCONN INNOLUX DISPLAY CORP., LITE-ON TECHNOLOGY CORP., LITE-ON TRADING USA, INC., TPV TECHNOLOGY, LTD., TPV INTERNATIONAL (USA), INC., TPV ELECTRONICS (FUJIAN) CO. LTD., ENVISION PERIPHERALS INC., TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD.,** AND **TOP VICTORY ELECTRONICS (TAIWAN) CO. LTD.,**
*Defendants,*

AND

**INNOLUX CORP.** AND **CHIMEI INNOLUX CORPORATION, FORMERLY KNOWN AS INNOLUX DISPLAY CORPORATION,**
*Defendants-Appellants.*

---

2012-1004, -1030

---

Appeals from the United States District Court for the Eastern District of Texas in consolidated case nos. 07-CV-0565 and 08-CV-0478, Judge T. John Ward.

---
## ON MOTION
---

## ORDER

The appellants move for an extension of time, until February 6, 2012, to file their opening brief. The cross-appellant opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 8 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Martin J. Black, Esq.
     James P. Brogan, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 8 2011

JAN HORBALY
CLERK